PORUS v. HENDELMAN et al.

(Supreme Court, Appellate Term. December 12, 1907.)

CONTRACTS—PARTIAL PERFORMANCE.

Where certain garments on which plaintiff worked for defendant were not completed, and defendant paid for the uncompleted labor thereon, he is entitled to a deduction of such amount from the regular price.

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by David Porus against Karl Hendelman and another. From a judgment for plaintiff, defendants appeal. Modified and affirmed.

Argued before GILDERSLEEVE, P. J., and GUY and BRUCE, JJ.

Max Salomon, for appellants.

Moses H. Rothstein, for respondent.

PER CURIAM. This case and the case of Levin v. Same Defendants, 107 N. Y. Supp. 618, were tried on the same day, and the facts are somewhat similar. In this case the plaintiff substantially completed two garments in lot No. 1,867; the value of his labor being shown to be $3.50 for the complete making of each garment, or $7 in all. He did some work on three garments of lot No. 1,776, which, if the work had been fully done, would have been worth $10.50, and on four garments of lot No. 1,761, which, if completed, would have been worth $16, making as the total value of his labor, if each garment had been fully finished, the sum of $33.50. It was conceded, however, that defendants paid $3.85 for the uncompleted labor on the garments, and had also paid the plaintiff $6 on account, making $9.85 in all, which sum should have been deducted from $33.50, and judgment for the plaintiff for $23.65, instead of $37.65, as given, should have been entered.

Judgment modified, by reducing amount to $23.65, and, as modified, affirmed, without costs.